JS-6 Admin

**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DEANNA S. LEIFER (SBN 265840)
dleifer@maternlawgroup.com
ELLIE D. GORALNICK (SBN 326276)
egoralnick@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff LAPHILL KNOX

**LITTLER MENDELSON, P.C.**
MEL M.C. COLE (SBN 293265)
mmcole@littler.com
AMIS PAN (SBN 322382)
apan@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 433-1940
Facsimile: (415) 399-8490

Attorneys for Defendant
EXPRESS MESSENGER SYSTEMS, INC.
DBA ONTRAC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPHILL KNOX, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>EXPRESS MESSENGER SYSTEMS, INC. DBA ONTRAC, a Delaware limited liability corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants.<br><br>. | Case No. 5:20-CV-01568-JGB-KK<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE CASE**<br><br>Action Filed: August 6, 2020<br>Trial Date: None Set<br><br>NOTE CHANGES MADE BY THE COURT |

The Court, having reviewed the Stipulation to Arbitrate Case, and good cause appearing, HEREBY ORDERS THAT:

1.      The claims set forth in Plaintiff's Complaint shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement.

2.      The Parties shall arbitrate this matter before the Honorable Victor H. Persón.

3.      This action shall be stayed pending the completion of the arbitration.

4.      Counsel shall file quarterly status reports beginning on December 1, 2020.

IT IS SO ORDERED.

Dated: October 6, 2020

_____
HON. JESUS G. BERNAL
U.S. DISTRICT JUDGE

ORDER GRANTING STIPULATION TO
ARBITRATE CASE